# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL ACTION** |
| | **:** | |
| **v.** | **:** | **NO. 17-546** |
| | **:** | |
| **JUAN RIVERA CLAUDIO** | **:** | |

## ORDER

**AND NOW**, this 23rd day of May 2022, upon considering the Defendant's Motion for compassionate release (ECF Doc. No. 74), the United States' Response (ECF Doc. No. 90), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendant's Motion (ECF Doc. No. 74) is **DENIED** without prejudice.

_____

**KEARNEY, J.**